CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

7/3/2019
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SHERRY RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:19-cv-00048 |
| ) | |
| WARDEN JOHN A. WOODSON, *et al.*, ) | By: Elizabeth K. Dillon |
| ) | United States District Judge |
| Defendants. ) | |

**ORDER**

This matter is before the court on plaintiff Sherry Rodriguez's motion to proceed *in forma pauperis* (IFP), pursuant to 28 U.S.C. § 1915(a). (Dkt. No. 1.)

The policy underlying IFP status is the "equality of access, ensuring that those who cannot afford the payment of costs have the same ability to present meritorious claims as those who can afford such payment." *Assaad-Faltas v. Univ. of S.C.*, 971 F. Supp. 985, 987 (D.S.C. 1997) (quoting *Nasim v. Warden, Md. House of Corr.*, 64 F.3d 951, 953 (4th Cir. 1995) (en banc)).

Here, the court finds that Rodriguez's monthly income is such that she can afford the payment of the filing fee. Accordingly, the court ORDERS that Rodriguez's motion be, and it hereby is, DENIED, without prejudice. If her financial circumstances have changed, she may file another motion. Rodriguez has 14 days from the date of this order to pay the standard filing fee.

Entered: July 3, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge